# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

JAMES CHARLES FUDGE
ADC #78875                                                                                          PLAINTIFF

v.                                          2:07CV00101 WRW

RAY HOBBS *et al.*                                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's complaint (docket entry #2) is DISMISSED WITHOUT PREJUDICE for failing to comply with Fed. R. Civ. P. 8.

2. Plaintiff's application for leave to proceed *in forma pauperis* (docket entry #1) is DENIED AS MOOT.

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), than an *in forma pauperis* appeal from the order and judgment dismissing this case is considered frivolous and not in good faith.

DATED this 27th day of September, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE